

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00015-CV
_____

PEOPLES STATE BANK, Appellant

V.

DEMIE MILAYNE RAFFAELLI AND
THOMAS MCPHILLIPS RAFFAELLI, Appellees

On Appeal from the 202nd Judicial District Court
Bowie County, Texas
Trial Court No. 07-D-1466-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Peoples State Bank, the appellant in this case, has filed a motion to dismiss its interlocutory appeal as moot. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1.

We dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     March 4, 2009
Date Decided:     March 5, 2009